| AO-10<br>Rev. 1/2002 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Suhrheinrich, Richard F | 2. Court or Organization<br>Sixth Circuit Court of Appeals | 3. Date of Report<br>05/03/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Circuit Court Judge (Senior) | 5. ReportType (check appropriate type)<br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>Room 241<br>315 W. Allegan<br>Lansing, Michigan 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, is compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Attorney Grievance Commission | State Bar of Michigan |
| 2. | Member Board of Trustees | Detroit College of Law at Michigan State University\Resigned November 4, 2003 |
| 3. | Member Board of Trustees | Brighton Hospital (non-profit) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED May 10 11 02 AM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. Michigan Attorney Grievance Committee | Mileage for travel to and from meetings |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. EEUS Saving Bond | A | Interest | | | redemption | 10/3. | | J | U.S. Government |
| *2. Savings Account- Bank One | A | Interest | J | T | | | | | |
| *3. Indv. Retirement Acct. - Bank One, CD | A | Interest | J | T | | | | | |
| 4. 1. Fid. Growth Mutual - IRA | A | Div/reinves | J | T | | | | | |
| *5. 2. Fed. Cap. Income F | A | Div/reinves | J | T | | | | | |
| 6. Escanaba MI Public School | B | Interest | K | T | | | | | |
| 7. Marysville, MI PSD | C | Interest | K | T | | | | | |
| 8. Allen Park, MI | C | Interest | K | T | | | | | |
| 9. Kirkland, MI | B | Interest | K | T | | | | | |
| 10. Livingston County, MI | A | Interest | K | T | | | | | |
| 11. Roscommon County, MI | B | Interest | K | T | | | | | |
| 12. Kalamazoo Pub. Lib | B | Interest | K | T | | | | | |
| 13. Hazel Park, Michigan | B | Interest | K | T | | | | | |
| 14. City of Detroit Scool Dist. | B | Interest | | | redemption | 3/1 | K | | (T) Market |
| 15. Merrill Lynch Priority Client Account | A | Interest | J | T | | | | | |
| 16. Vanguard (IR)A: Wellesly Income Fund | A | Interest | M | T | reinvest interest | 11/19 | J | | (T) Market |
| 17. Goodrich Petro | | None | J | T | | | | | |
| 18. Huron Valley Michigan School District | A | Interest | J | T | | | | | (T) Market |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

See Section III for explanation.

| Name of Person Reporting | Date of Report |
|---|---|
| Suhrheinrich, Richard F | 05/03/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Detroit Michigan School District | A | Interest | J | T | | | | | |
| 20. Detroit Michigan School District | A | Interest | J | T | | | | | |
| 21. PUT CMS | A | option | | | expire | 5/29 | J | B | (T) Market |
| 22. PUT CMS | A | option | | | expire | 5/27 | J | A | (T) Market |
| 23. PUT Ford | A | option | | | expire | 3/21 | J | A | (T) Market |
| 24. Fifth Third Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 25. Mason State Bank Account | A | Interest | J | T | deposit | var. | J | | (T) Market |
| 26. CMS Energy Corp. Common Stock | | | | | buy | 3/24 | J | | (T) Market |
| 27. | | | | | sell | 4/25 | J | A | (T) Market |
| 28. Cinergy Common Stock | A | Dividend | J | T | buy | 10/20 | J | | (T) Market |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suhrheinrich, Richard F | 05/03/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part VII.

Line 2:  Bank name changed from NBD to Bank One.

Line 3:  Bank name changed from NBD to Bank One.

Line 5:  Name change from Fortress MT. Funds- IRA Fed. Utility Class F to
Fed. Cap. Income F

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suhrheinrich, Richard F | 05/03/2004 |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Suhrheinrich, Richard F | 05/03/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____        Date_____ 5-3-04 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544